5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**

**APR 2 8 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

SETH A. GARCIA                          §
                                        §
VS.                                     §          CIVIL ACTION NO. B-99-013
                                        §
CITY OF PORT ISABEL                     §


TYPE OF CASE:          __X__ CIVIL                    ____ CRIMINAL


**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:


TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**


PLACE:                                               ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                 **SECOND FLOOR COURTROOM, #2**
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**


DATE AND TIME PREVIOUSLY SCHEDULED:                  CONTINUED TO DATE AND TIME:

**MAY 6, 1999 AT 1:30 P.M.**                         **MAY 6, 1999 AT 10:30 A.M.**


                              JOHN WM. BLACK, U.S. MAGISTRATE JUDGE


DATE:     APRIL 27, 1999

TO:       MR. AARON PENA, JR.
          MS. ELIZABETH NEALLY

ClibPDF - www.fastio.com