# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SETH A. GARCIA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-013 |
| | § | |
| CITY OF PORT ISABEL | § | |

## ORDER

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)　All discovery in this case must be completed by **August 6, 1999.** If additional time is required, a motion requesting such extension must be filed no later than **July 30, 1999.** Failure to file such motion shall preclude further discovery.

(2)　All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3)　Defendant's Motion for Summary Judgment must be filed by **August 16, 1999.**

(4)　Plaintiff's Response is due by **September 20, 1999.**

(5)　A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **January 14, 2000.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(6)　A final pretrial and settlement conference is set for **January 14, 2000 at 10:30 A.M.**

(7)　Final Pretrial is set for **February 3, 2000 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **February 4, 2000 at 8:30 A.M.** before Judge Filemon B. Vela.

(8)　Trial on the merits is set for **February 2000**, docket call.

DONE at Brownsville, Texas, on this 6th day of May 1999.

_____
John Wm. Black
United States Magistrate Judge