9

United States District Court
Southern District of Texas
ENTERED

MAY 1 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

SETH A. GARCIA §
§
VS. §
§ CIVIL ACTION NO. B-99-13
CITY OF PORT ISABEL, § JURY
CITY OF PORT ISABEL POLICE §
DEPARTMENT, TOMMY SALAZAR & §
PORT ISABEL POLICE OFFICERS §
JOHN DOE 1, JOHN DOE 2, §
JOHN DOE 3 AND JOHN DOE4 §

## ORDER SETTING HEARING

Defendants' Motion For More Definite Statement be and is hereby set for hearing on the __18__ day of __JUNE__ 1999, at __10:00__ o'clock __A__ m.

SIGNED AND ENTERED this __12TH__ day of __MAY__, 1999.

_____
JUDGE PRESIDING