/2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SETH A. GARCIA | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-99-013 |
| | § | |
| CITY OF PORT ISABEL, ET AL | § | |

United States District Court
Southern District of Texas
FILED

JUN 18 1999

Michael N. Milby
United States District Court
Southern District of Texas
ENTERED

JUN 23 1999

Michael N. Milby, Clerk of Court

### ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

BE IT REMEMBERED that on this day came on for consideration the Unopposed Motion to Withdraw and Substitute Co-Counsel for Plaintff, Seth A. García, in the above-entitled and numbered cause, and the Court being of the opinion that said motion should be granted.

IT IS ORDERED that said motion is hereby granted, that James P. Grissom be allowed to withdraw as Co-Counsel for Plaintiff, and that James E. Belton, State Bar No. 02111500 of Phillippe, Belton, Sullivan & Cabler, 3505 Boca Chica, Suite 144, Brownsville, Texas 78520, be substituted as Co-Counsel for Plaintiff. L. Aron Peña shall remain the designated lead counsel and attorney-in-charge of Plaintiff.

Done at Brownsville, Texas this _18_ day _JUNE_____, 1999.

_____
UNITED STATES MAGISTRATE JUDGE