(                                    13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
FILED

JUN 1 8 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SETH A. GARCIA | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-99-13 |
| CITY OF PORT ISABEL, | § | JURY |
| CITY OF PORT ISABEL POLICE | § | |
| DEPARTMENT, TOMMY SALAZAR & | § | |
| PORT ISABEL POLICE OFFICERS | § | |
| JOHN DOE 1, JOHN DOE 2, | § | |
| JOHN DOE 3 AND JOHN DOE4 | § | |

United States District Court
Southern District of Texas
ENTERED

JUN 2 3 1991

Michael N. Milby, Clerk of Court

**ORDER GRANTING DEFENDANT'S MOTION
FOR MORE DEFINITE STATEMENT**

BE IT REMEMBERED that on the _18_ day of _JUNE_ , 1999,

came on to be considered Defendants' Motion for More Definite

Statement, and the Court, after reviewing the pleadings in this

case and hearing argument of counsel, is of the opinion that said

Motion for More Definite Statement is hereby granted;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that

Defendants' Motion for More Definite Statement is hereby granted,

and Plaintiff Seth A. Garcia is ordered to replead his Complaint _on_

_or before_ ~~this~~ _July 16, 1999._ ~~within _____ days of the signing of this order.~~

SIGNED FOR ENTRY this _18_ day of _JUNE_ , 1999.

_____
JUDGE PRESIDING

CSitPDF - www.tesinc.com