17

United States District Court
Southern District of Texas
ENTERED

AUG 26 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SETH A. GARCIA, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-99-13 |
| CITY OF PORT ISABEL, § | JURY |
| CITY OF PORT ISABEL POLICE § | |
| DEPARTMENT, TOMMY SALAZAR & § | |
| PORT ISABEL POLICE OFFICERS § | |
| JOHN DOE 1, JOHN DOE 2, § | |
| JOHN DOE 3 AND JOHN DOE4 § | |

## ORDER GRANTING
## JOINT MOTION FOR EXTENSION OF TIME TO CONDUCT DISCOVERY

On this day came on to be considered Plaintiff's and Defendants' Motion for Extension of Time to Conduct Discovery and the Court, after due consideration is of the opinion that said Motion should be GRANTED;

IT IS, THEREFORE, ORDERED that this Motion be and the same is hereby GRANTED and that the time to conduct discovery be extended to September 14, 1999.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the deadline for filing dispositive motions be extended to October 1, 1999.

SIGNED this __25__ day of __AUGUST__, 1999.

_____
JUDGE PRESIDING