22

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## ORDER

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SETH A. GARCIA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-013 |
| | § | |
| CITY OF PORT ISABEL | § | |

TYPE OF CASE:          __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                         DATE AND TIME:

**JANUARY 28, 2000 AT 2:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JANUARY 26, 2000

TO:      MR. JAMES BELTON
         MR. AARON PENA
         MR. L. ARON PENA
         ELIZABETH NEALLY/JEFFREY ROERIG