29

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SETH A. GARCIA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-013 |
| | § | |
| CITY OF PORT ISABEL | § | |

**CONSENT TO EXERCISE OF JURISDICTION BY A**
**UNITED STATES MAGISTRATE JUDGE**

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| -Jeff Roerig | Def | 1-28-2000 |
| James E. Belton (Local Counsel for Plaintiff) | Plaintiff - Seth A. Garcia | 1/31/2000 |
| L. Aron Pena by James E. Belton with permission (Lead Attorney for Plaintiff) | L. Aron Pena — Plaintiff - Seth A. Garcia | |

**ORDER OF TRANSFER**

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

1-31-00
Date

Filemon B. Vela
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.