# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

FEB 0 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SETH A. GARCIA § | |
| § | |
| VS. § | CIVIL ACTION NO. B-99-013 |
| § | |
| CITY OF PORT ISABEL § | |

TYPE OF CASE:   __X__ CIVIL     ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

## STATUS CONFERENCE
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MARCH 6, 2000 AT 2:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   FEBRUARY 4, 2000

TO:   MR. JAMES BELTON
      MR. AARON PENA
      MR. L. ARON PENA
      ELIZABETH NEALLY/JEFFREY ROERIG