IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SETH A. GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| CITY OF PORT ISABEL | § | CIVIL ACTION NO. 99-013-B |
| CITY OF PORT ISABEL POLICE | § | JURY |
| DEPARTMENT, TOMMY SALAZAR & | § | |
| PORT ISABEL POLICE OFFICERS | § | |
| JOHN DOE1, JOHN DOE2, JOHN | § | |
| DOE3, & JOHN DOE4, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Notice of Dismissal with Prejudice, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, and Motion Regarding Confidentiality, that they have settled their differences and this case should be dismissed with prejudice. The court being sufficiently advised;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by the Court that this cause, and all claims, actions and causes of action asserted by Plaintiff against Defendants in this cause be, and they are hereby dismissed with prejudice as to the refiling of the same.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** by the Court that costs of suit be incurred in this proceeding be taxed against the party incurring the same, for which execution issue if not timely paid.

SIGNED this 2ND day of MARCH, 2000.

_____
JUDGE PRESIDING

AGREED TO AND APPROVED
AS TO FORM AND SUBSTANCE:

**LAW OFFICES OF L. AARON PENA**
600 S. Closner
Edinburg, Texas 78539
Telephone: (956) 383-5111
Facsimile: (956) 380-2722

**COUNSEL FOR PLAINTIFF SETH A. GARCIA**

By: _____
    L. Aron Pena
    State Bar No. 15730008
    Federal Bar No. 5681


**PHILLIPPE, BELTON, SULLIVAN & CABLER**
3505 Boca Chica, Suite 144
Brownsville, Texas 78520
Telephone: (956) 544-6096
Facsimile: (956) 982-1921

**CO-COUNSEL FOR PLAINTIFF SETH A. GARCIA**

By: _____
    James E. Belton
    State Bar No. 02111500
    Federal I. D. No. 3913


**ROERIG, OLIVEIRA, & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

**Counsel for Defendants**

By: _____
    Elizabeth G. Neally
    State Bar #14840400
    State Bar No. 8044